21895. LOCKHART *v.* THE STATE.

BROYLES, C. J. The verdict was authorized by the evidence, and the amendment to the motion for a new trial showed no cause for a new trial. The judge of the superior court did not err in overruling the certiorari.

*Judgment affirmed. Luke, J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED DECEMBER 15, 1931.

*Augustin Daly, B. B. Renitz,* for plaintiff in error.

*John Y. Roberts, solicitor, Charles H. Garrett, solicitor-general,* contra.